707 A.2d 1137

**COMMONWEALTH ex rel. Robert B. STEWART, III, District Attorney of Huntingdon County, Appellee,**

v.

**David W. BOOHER, a/k/a David Booher, Appellant.**

Supreme Court of Pennsylvania.

Feb. 26, 1998.

Reargument Denied April 21, 1998.

## *ORDER*

PER CURIAM.

Order of the Court of Common Pleas, Huntingdon County, is affirmed.